# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN  LITIGATION* | Master File No. 2:14-MD-02591-JWL-JPO |
| THIS DOCUMENT RELATES TO: | MDL No. 2591 |
| *Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG*, No. 2:16-cv-02788-JWL-JPO | |

## SYNGENTA'S MOTION TO PARTIALLY DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, Syngenta Biotechnology, Inc. (now merged into Syngenta Crop Protection, LLC), and Syngenta Seeds, Inc. (now Syngenta Seeds, LLC) (collectively, "Syngenta") respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order partially dismissing plaintiff's First Amended Complaint with prejudice, and granting such further relief as the Court deems just and proper.

Dated: August 11, 2017 Respectfully submitted,

*/s/ Thomas P. Schult*

Thomas P. Schult (tschult@berkowitzoliver.com)
Jennifer B. Wieland (jwieland@berkowitzoliver.com)
**BERKOWITZ OLIVER LLP**
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Telephone (816) 561-7007
Fax: (816) 561-1888

*Liaison Counsel for Syngenta Defendants*


Michael D. Jones (mjones@kirkland.com)
Edwin John U (edwin.u@kirkland.com)
Patrick F. Philbin (patrick.philbin@kirkland.com)
Bridget K. O'Connor (bridget.oconnor@kirkland.com)
Ragan Naresh (ragan.naresh@kirkland.com)
Patrick Haney (patrick.haney@kirkland.com)
**KIRKLAND & ELLIS LLP**
655 15th Street N.W., Suite 1200
Washington, D.C.  20005
Telephone:  (202) 879-5000
Fax:   (202) 879-5200

*Lead Counsel for Syngenta Defendants*

3

## **CERTIFICATE OF SERVICE**

I certify that on August 11, 2017, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will accomplish service through the Notice of Electronic Filing for parties and attorneys who are Filing Users.

*/s/ Thomas P. Schult*
Thomas P. Schult