**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| *IN RE SYNGENTA AG MIR 162 CORN LITIGATION*<br><br>THIS DOCUMENT RELATES TO:<br><br>*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG,*<br>No. 2:16-cv-02788-JWL-JPO | No: 2:16-cv-02788-JWL |

## AMENDED SCHEDULING ORDER

Plaintiff Louis Dreyfus Company Grains Merchandising LLC ("LDC") and Defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, Syngenta Crop Protection, LLC, and Syngenta Seeds, LLC (collectively, "Syngenta") have requested that the Scheduling Order (ECF No. 58) be amended to reflect the agreement of the parties as to new case-management deadlines (ECF No. 73). Upon consideration and good cause shown,

IT IS HEREBY ORDERED AND DECREED that the Consent Motion is hereby GRANTED. The parties shall have up to and including July 6, 2018 to continue to meet and confer regarding LDC's responses to Syngenta's First Set of Interrogatories. The case deadlines shall be modified as follows:

| **SUMMARY OF DEADLINES AND SETTINGS** | | |
|---|---|---|
| **Event** | **Current Deadline** | **New Deadline** |
| Written discovery and document production completed | June 29, 2018 | August 3, 2018 |
| Fact depositions completed | October 12, 2018 | December 14, 2018 |
| Experts disclosed by plaintiff | November 16, 2018 | January 4, 2019 |
| Discovery from plaintiff's experts | December 20, 2018 | February 4, 2019 |
| Experts disclosed by defendant | January 24, 2019 | February 28, 2019 |

| | | |
|---|---|---|
| Discovery from defendant's experts | February 21, 2019 | March 28, 2019 |
| Pretrial conference | February 26, 2019, at 1:30 p.m. | February 26, 2019, at 1:30 p.m. |
| Proposed pretrial order | February 15, 2019 | February 15, 2019 |
| *Daubert* motions | March 8, 2019 | April 12, 2019 |
| Dispositive motions | March 15, 2019 | April 19, 2019 |
| *Daubert* oppositions | April 5, 2019 | May 10, 2019 |
| Dispositive motion oppositions | April 12, 2019 | May 17, 2019 |
| *Daubert* replies | April 26, 2019 | May 31, 2019 |
| Dispositive motion replies | May 3, 2019 | June 7, 2019 |
| Trial | September 30, 2019, at 9:30 a.m. | September 30, 2019, at 9:30 a.m. |

All other provisions of the original scheduling order shall remain in effect. The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

Dated: July 6, 2018                                     s/ James P. O'Hara
                                                        U.S. Magistrate Judge James P. O'Hara