IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

*IN RE SYNGENTA AG MIR 162 CORN LITIGATION,*

THIS DOCUMENT RELATES TO:

*Louis Dreyfus Company Grains Merchandising LLC v. Syngenta AG, et al.*
No. 16-2788-JWL

MDL No. 2591

Case No. 16-2788-JWL

## **ORDER**

On November 30, 2018, the undersigned U.S. Magistrate Judge, James P. O'Hara, took under advisement a motion filed by Syngenta (ECF No. 128) to join as plaintiffs five corporate entities affiliated with the current plaintiff, Louis Dreyfus Company Grains Merchandising LLC ("LDC") (*see* ECF No. 153). The motion argued the affiliated entities are necessary parties to this action because they are seeking to recover the same damages, based on the same alleged facts, in a Minnesota state court lawsuit as LDC is here. Finding the record lacking on the damages claimed by each plaintiff in each case, the undersigned directed the parties to confer and attempt to reach a stipulation regarding the nature, extent, and amount of damages claimed by each plaintiff in each case. The court set December 10, 2018, as the deadline for filing such a stipulation.

LDC has filed a motion for extension of the deadline (ECF No. 157). The motion is granted in part. The court extends the deadline for the parties to file a stipulation

1

regarding the nature, extent, and amount of damages claimed by each plaintiff in each case to **December 18, 2018**.  Regarding LDC's expressed concern that the precise amounts of damages cannot be determined until its experts complete their calculations and reports, the court directs that the stipulation should include LDC's best estimates, reached in good faith, of the approximate amounts of damages, rounded to the nearest million-dollar.

IT IS SO ORDERED.

Dated December 11, 2018, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge